FILED: June 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-4203 (L)
(1:23-cr-00173-CMH-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICK TARIQ RAHIM, a/k/a Tariq Afzal Rahim

Defendant - Appellant

---

No. 25-4205
(1:24-cr-00179-CMH-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICK RAHIM, a/k/a Tariq Rahim

Defendant - Appellant

# JUDGMENT

In accordance with the decision of this court, the judgment of the district court is affirmed in part. The appeals are dismissed in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK